# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA MORGAN, | Case No. 2:19-cv-00546-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL BASH, et al., | |
| Defendants. | |

At the hearing held on September 4, 2019, defendants' former attorney represented to the court that Val Miller is the receiver for all of the defendant entities except Ninety-Five Fort Apache Complex, LLC. He further represented to the court that attorney Michael Lynch represents the receiver in state court. To the extent Lynch requests to receive service of the court's orders in this case, he is instructed to file a notice of appearance in this case.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that attorney Byron E. Thomas must serve this order via U.S. Mail on Michael Lynch and file proof of that service by September 11, 2019.

DATED: September 4, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE