Lawrence J. Hilton (*pro hac vice*)
lhilton@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

David R. Koch (NV Bar #8830)
dkoch@kochscow.com
**KOCH & SCOW LLC**
11500 S. Eastern Avenue, Suite 210
Henderson, NV 89052
Telephone:  (702) 318-5040
Facsimile:   (702) 318-5039

*Attorneys for Plaintiff,*
DONNA MORGAN

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNA MORGAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BASH, an individual; JEREMY BASH, an individual; JANICE MCCOWN, an individual; BERKLEY ENTERPRISES, INC., a Nevada corporation; PEPPERDINE ENTERPRISES, INC., a Nevada corporation; NINETY-FIVE FORT APACHE COMPLEX, LLC, a Nevada limited liability company; ROYAL VIEW, LLC, a Nevada limited liability company; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00546-JAD-BNW <br><br> **JOINT STATUS REPORT PURSUANT TO MINUTE ORDER DATED AUGUST 17, 2021** |

**JOINT STATUS REPORT**

1  This Joint Status Report is submitted pursuant to the Court's Minute Order
2  dated August 9, 2021.  Since the last Joint Report was filed on August 13, 2021,
3  Defendants have provided Plaintiff with a fully-executed copy of the Settlement
4  Agreement.  All that remains to be done is for the Defendants to provide Plaintiff with
5  an executed Stipulation for Entry of Judgment and [Proposed] Judgment, which
6  Defendants expect to provide within the next week.  Once that is received, Plaintiff
7  will counter-sign the Settlement Agreement and Defendants are scheduled to make the
8  Initial Settlement Payment on October 14, 2021.  If that payment is made in
9  accordance with the terms of the Settlement Agreement, the Parties will file a
10 stipulation dismissing the action.  If the payment is not made in accordance with the
11 Settlement Agreement, Plaintiff will file Stipulation for Entry of Judgment and
12 [Proposed] Judgment, and the Court will enter judgment accordingly.

14 Dated:  September 13, 2021        **ONE LLP**

16                                    */s/ Lawrence J. Hilton*
                                     Lawrence J. Hilton (*pro hac vice*)

18                                    *Attorneys for Plaintiff,*
                                     DONNA MORGAN

20 Dated:  September 13, 2021        **LAW OFFICES OF BYRON THOMAS**

22                                    */s/ Byron Thomas*
                                     Byron Thomas

24                                    *Attorneys for Defendants,*
                                     MICHAEL AND JEREMY BASH

**Order**

IT IS ORDERED that, by October 22, 2021, the parties must file a stipulation to dismiss or a stipulation for entry of judgment.

IT IS SO ORDERED
DATED: 9:11 am, September 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1
**JOINT STATUS REPORT**

## ATTESTATION

I, Lawrence Hilton, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

/s/ Lawrence J. Hilton
Lawrence J. Hilton (*pro hac vice*)

**JOINT STATUS REPORT**