UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Donna Morgan,<br><br>　　　Plaintiff<br><br>v.<br><br>Michael Bash, et al.,<br><br>　　　Defendants | Case No.: 2:19-cv-00546-JAD-BNW<br><br>**Order Adopting Report and Recommendation and Granting Motion for Judgment**<br><br>[ECF Nos. 96, 97] |

　　　Plaintiff Donna Morgan settled her claims against Defendants Michael Bash, Jeremy Bash, Berkely Enterprises, and Pepperdine Enterprises, Inc., at a settlement conference conducted by Magistrate Judge Brenda Weksler. The defendants agreed to pay Morgan the total sum of $150,000 over time, with the first monthly installment to begin in October 2021, and they executed a confession of judgment memorializing that obligation.[1] Although the defendants sought and obtained a few-day extension of the due date for their first, October payment, they never made it—or any payment toward the settlement sum.

　　　Morgan now moves the court to enter judgment against the defendants for the $150,000 settlement amount.[2] The deadline to oppose that motion passed without response or a request to extend it, and the magistrate judge now recommends that I grant Morgan's motion for judgment.[3]　　　Any objections to the magistrate judge's report and recommendation were due yesterday; none were filed, and no party moved to extend the deadline to do so. "[N]o review is

---

[1] ECF No. 96-4.
[2] ECF No. 96.
[3] ECF No. 97.

required of a magistrate judge's report and recommendation unless objections are filed."[4]

Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Report and Recommendation **[ECF No. 97] is ADOPTED in full.**  Morgan's Motion for Entry of Judgment **[ECF No. 96] is GRANTED**.  The Clerk of Court is directed to **FILE the Confession of Judgment [ECF No. 96-4 at pp. 2–4]** and **ENTER JUDGMENT of $150,000** in favor of Plaintiff Donna Morgan and against Defendants Michael Bash, Jeremy Bash, Berkely Enterprises, and Pepperdine Enterprises, Inc., jointly and severally, and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
December 22, 2021

---

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).