AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Donna Morgan,

              Plaintiff,

v.

Michael Bash, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00546-JAD-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Donna Morgan and against Defendants Jeremy Bash and Michael Bash, and the entities they own and control, Defendants Berkley Enterprises, Inc. and Pepperdine Enterprises, Inc., jointly and severally, in the amount of $150,000.

12/22/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk